83,446-01

July 28, 2015
Mr. Abel Acosta
Clerk of the Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

RE: Ex Parte Benjamin Elias;
    Cause No. 970D11232-243-01

DEAR CLERK:

   Please find enclosed a Notice to Court of Change of Address.
Please file it appropriately.
   Should you have any questions or need additional information, please
do not hesitate to contact me at the address below. Thank you in
advance for your time and consideration of this matter.

                    Respectfully,
                    Benjamin Elias
                    Benjamin Elias
                    SO # 9071757
                    El Paso County Detention Facility, Annex
                    12501 Montana
                    El Paso, TX. 79938

   cc.: file.

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Ex Parte Benjamin Elias

Cause No. 970D11232-243-01

Trial Cause No. 970D11232

El Paso County, Texas

## NOTICE TO COURT OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, and hereby files this Notice to Court of Change of Address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner's previous address was as follows:

Benjamin Elias
TDCJ-ID No. 819778
Willacy Unit
1695 S. Buffalo Dr.
Raymondville, TX. 78580

Petitioner no longer resides at said address.

1 of 3

## II.

Petitioner's current address is as follows:

Benjamin Elias
SO # 9071757
El Paso County Detention Facility Annex
12501 Montana
El Paso, TX. 79938

The current address is effective immediately.

### Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this honorable Court acknowledge the change of address and forward any notifications, orders or requests to him at his current address.

Respectfully,
Benjamin Elias
Benjamin Elias
SO # 9071757
El Paso County Detention Facility Annex
12501 Montana
El Paso, TX. 79938.

## CERTIFICATE OF SERVICE

I, Benjamin Elias, Petitioner, hereby certify that a true and correct copy of the above and foregoing Notice to Court of Change of Address has been forwarded by U.S. Mail, po postage paid, first class mail, to Tom Darnold, El Paso County District Attorney's Office, Appellate Division, El Paso County Courthouse, 500 E. San Antonio Street, 2nd Floor, El Paso, TX. 79901-2420 and Ms. Norma Favela, District Clerk, El Paso County, Texas, El Paso County Courthouse, 500 E. San Antonio, El Paso, TX. 79901 on this the 28th day of July 2015.

Benjamin Elias

Benjamin Elias

[3 of 3]